US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 8 2019

DOUGLAS F. YOUNG, Clerk
By
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 6:19CR 60018-001-004 |
| v. ) | |
| JEFFREY PAGE, 001 ) | 18 U.S.C. § 2 |
| ROBERT WEST, - 002 ) | 18 U.S.C. § 13 |
| DANIEL BRYANT, - 003 ) | 18 U.S.C. § 641 |
| RICHARD REYNOLDS - 004 ) | A.C.A. § 5-39-202(a)(6) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 5, 2016, in the Western District of Arkansas, Hot Springs Division, the defendants, JEFFREY PAGE and ROBERT WEST, each aiding and abetting the other, in the Hot Springs National Park, land acquired for the use of the United States and under the exclusive jurisdiction thereof, did knowingly and purposely break into and enter a large shipping container, for the purpose of committing a theft, all in violation of Title 18, United States Code, Section 13(a), Title 18, United States Code, Section 2, and Arkansas Code Annotated, Section 5-39-202(a)(6).

### COUNT TWO

On or about September 5, 2016, in the Western District of Arkansas, Hot Springs Division, the defendants, ROBERT WEST, DANIEL BRYANT, and RICHARD REYNOLDS, each aiding and abetting the other, in the Hot Springs National Park, land acquired for the use of the United States and under the exclusive jurisdiction thereof, did knowingly and purposely break into and enter a large shipping container, for the purpose of committing a theft, all in violation of Title 18,

United States Code, Section 13(a), Title 18, United States Code, Section 2, and Arkansas Code Annotated, Section 5-39-202(a)(6).

## COUNT THREE

On or about September 5, 2016, in the Western District of Arkansas, Hot Springs Division, the defendants, JEFFREY PAGE, ROBERT WEST, DANIEL BRYANT, and RICHARD REYNOLDS, each aiding and abetting the other, did knowingly steal, embezzle, purloin and convert to their own use, property of the United States Department of the Interior, National Park Service, a department or agency of the United States, namely, goods and property of the United States, to which JEFFREY PAGE, ROBERT WEST, DANIEL BRYANT, and RICHARD REYNOLDS knew they were not entitled, which does not exceed the sum of $1,000.00; all in violation of Title 18, United States Code, Sections 641 and 2.

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Amanda Donat*
Amanda M. Donat
Assistant U. S. Attorney
New York Bar No. 4721031
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
Email: Amanda.Donat@usdoj.gov